UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

**TRUSTEES OF THE MICHIGAN
REGIONAL COUNCIL OF
CARPENTERS EMPLOYEE BENEFITS
FUND AND THE MICHIGAN REGIONAL
COUNCIL OF CARPENTERS ANNUITY
FUND, et al.,**

                Plaintiff(s),         CASE NUMBER: 05-70786
                                                HONORABLE VICTORIA A. ROBERTS

**v.**

**LINDA BREITHAUPT d/b/a MYHRE
SPECIALTIES,**

                Defendant(s).
_____/

ORDER GRANTING PLAINTIFFS'
MOTION FOR ENTRY OF DEFAULT JUDGMENT

This matter came before the Court on Plaintiffs' Motion for Entry of Default Judgment. Plaintiffs' Summons and Complaint were served upon Defendant on March 22, 2005. Defendant failed to file responsive pleadings. The Clerk's Entry of Default, pursuant to F.R.C.P. 55(a), was entered on April 18, 2005. Plaintiffs now request a default judgment in the amount of $59,811.19. In support of its motion, Plaintiffs attached documents supporting the requested amount.[1] Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Entry of Default Judgment is

---

[1] Plaintiffs attached an agreement executed by Defendant on January 12, 2004 in which she acknowledged that she is indebted to Plaintiffs in the amount of $117,811.19. Pl. Exh. 4. However, Plaintiffs acknowledge that Defendant made payments totaling $58,000.00, leaving a balance of $59,811.19.

entered against Defendant Linda Breithaupt d/b/a Myhre Specialties in the amount of $59,811.19.

**IT IS SO ORDERED.**

s/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: May 24, 2005

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 24, 2005.

s/Linda Vertriest
Deputy Clerk